IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| SADRI SHIR, NAWAD SHIR, and PORTLAND MASJID AND ISLAMIC CENTER, | ) ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | Civil Action No.2:09-cv-370 |
| CITY OF PORTLAND, | ) ) | |
| Defendant. | ) ) ) ) ) ) | |

## JOINT MOTION FOR APPROVAL OF CONSENT ORDER

Now comes Sadri Shir, Nawad Shir, and Portland Masjid and Islamic Center ("Plaintiffs"), by and through their attorneys Zachary L. Heiden and David A. Lourie, and the City of Portland, by and through its attorneys Gary Wood and Mary Costigan, and hereby move that the Court grant the parties' joint motion and approve the Consent Order entered into by the parties.  A copy of the order is attached.

Respectfully submitted,

Dated: August 17, 2009          /s/ Zachary L. Heiden
                                Zachary L. Heiden
                                Counsel for Plaintiffs


Dated: August 17, 2009          /s/ Mary Costigan
                                Mary Costigan
                                Counsel for Defendants

CERTIFICATE OF SERVICE


I hereby certify that on August 17, 2009, I served a copy of Joint Motion for Approval of

the Consent Order, by email on the following counsel:

Mary Costigan
Gary Wood
City of Portland
Portland City Hall
389 Congress Street
Portland, Maine 04101
*GARY@portlandmaine.gov*
*mec@portlandmaine.gov*


Dated: August 17, 2009                              /s/ Zachary L. Heiden
                                                    Zachary L. Heiden
                                                    Maine Civil Liberties Union Foundation
                                                    401 Cumberland Avenue, Suite 105
                                                    Portland, Maine 04101
                                                    (207) 774-5444
                                                    *heiden@mclu.org*