IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| SADRI SHIR, NAWAD SHIR, and PORTLAND MASJID AND ISLAMIC CENTER | ) ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | Civil Action No. 2:09-CV-370 |
| CITY OF PORTLAND, | ) ) | |
| Defendant | ) ) ) | |

**ORDER**

Defendant City of Portland's Motion to Amend Consent Order is hereby **GRANTED**. Defendant shall be entitled to pursue a land use enforcement action against the Plaintiffs based on the City's site plan ordinance and its requirements. This Order is not intended nor should it be construed to limit Defendant's ability to file other land use enforcement actions regarding 978 Washington Avenue after conclusion of this case.

Dated: _____        _____
                                 Judge, Federal District Court of Maine