IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| SADRI SHIR, NAWAD SHIR, and PORTLAND MASJID AND ISLAMIC CENTER,<br><br>      Plaintiffs<br><br>  v.<br><br>CITY OF PORTLAND,<br><br>      Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.2:09-cv-370<br>)<br>)<br>)<br>)<br>) |

## MOTION TO EXTEND

     The City of Portland amended its ordinances to comply with the Plaintiffs' Demand that it end discrimination against religious exercise.  That amendment made Plaintiffs use of the premises subject to conditional use, which could have been a substantial burden on their rights, had the City denied or imposed onerous conditions on the religious use.  The Planning Board approved the use with conditions which the Plaintiffs have now met, and they recently obtained a certificate of occupancy, leaving only the issue of attorneys' fees.  Plaintiffs have submitted a proposed Order reflecting the above and settling the attorneys' fees claim to the City.

     Counsel for the City has notified Counsel for Plaintiffs that it may take two weeks or more for the City to respond to that offer.  The Court has set a deadline for pre-trial memoranda for December 29, 2010, and a pre-trial conference for January 5, 2011, neither of which is any longer necessary.

Wherefore Counsel have agreed that Counsel for Plaintiffs would file a motion to extend for at least two (2) weeks. Counsel therefore requests that the time for filing pre-trial memoranda be extended to Friday, January 14, 2011, and the Court will set a date for a trial management conference if the case is not settled before pre-trial memoranda are filed.

Respectfully submitted,

/s/Zachary L. Heiden
Zachary L. Heiden
Maine Civil Liberties Union Foundation

/s/ David A. Lourie
David A. Lourie
Attorneys for Plaintiffs

This Order is hereby APPROVED on this ___ day of December, 2010, and the relief set forth herein is GRANTED.

_____
U.S. District Court Judge